UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RHONDA JURGENS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:17-cv-00783-AGF |
| BUILD.COM, INC., | ) ) ) |
| Defendant. | ) |

**JUDGMENT OF DISMISSAL**

Pursuant to the Memorandum and Order filed herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiff's complaint is **DISMISSED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2017.